Adrian PICHARDO–CRUZ; Olivia
Urbina–Leon, Petitioners,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 07–70650.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 30, 2008.

Adrian Pichardo–Cruz, San Jose, CA,
pro se.

Olivia Urbina–Leon, San Jose, CA, pro
se.

Terri Leon–Benner, Esquire, Christo-
pher McGreal, OIL, Aviva Poczter, Senior
Litigation Counsel, Emily Anne Radford,
DOJ–U.S. Department of Justice, Wash-
ington, DC, Ronald E. Lefevre, Office of
the District Counsel, Department of
Homeland Security, San Francisco, CA,
for Respondent.

Before: WALLACE, TROTT, and
RYMER, Circuit Judges.

MEMORANDUM **

Adrian Pichardo–Cruz and Olivia Urbi-
na–Leon, natives and citizens of Mexico,
petition pro se for review of the Board of
Immigration Appeals' ("BIA") order deny-
ing their motion to reopen. We have juris-
diction under 8 U.S.C. § 1252. We review
for abuse of discretion the denial of a
motion to reopen, *Iturribarria v. INS,* 321
F.3d 889, 894 (9th Cir.2003), and we deny
the petition for review.

The BIA acted within its discretion in
denying petitioners' motion as untimely
because it was filed more than eighteen
months after the BIA's final order, *see* 8
C.F.R. § 1003.2(c)(2), and petitioners
failed to establish grounds for equitable
tolling, *see Iturribarria,* 321 F.3d at 897
(equitable tolling is available "when a peti-
tioner is prevented from filing because of
deception, fraud, or error," as long as the
petitioner acted with due diligence).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.